USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE FERNANDEZ,

                        Plaintiff,

            -v-

MONOPRICE, INC.,

                        Defendant.

**ORDER**

25-CV-599 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff Jacqueline Fernandez filed the Complaint on January 21, 2025 (Dkt. No. 1), and a summons was issued January 22, 2025.  Dkt. No. 4.  Plaintiff then served the summons and Complaint on January 29, 2025.  Dkt. No. 6.  Defendant's Answer was initially due by February 19, 2025.

On February 12, 2025, Plaintiff moved for an extension of time for Defendant to file the answer, writing that she was contact with counsel for Defendant, who needed additional time to file.  Dkt. No. 7.  The request was granted and the deadline to answer was extended to March 21, 2025.  Dkt. No. 8.

On March 21, Plaintiff for a second time requested an extension of time, once again writing that she was in contact with counsel for Defendant, who needed additional time.  Dkt. No. 14.  The Court granted the extension and the deadline to answer was extended to April 20, 2025.

To date, the docket reflects that Defendant has not appeared in this action or responded to the Complaint.  Given Defendant's non-appearance since the affidavit

of service was filed, by **May 9, 2025**, Plaintiff should either (1) initiate default

judgment proceedings in accordance with Judge Engelmayer's Individual Rules, or

(2) file a status letter on the docket informing the Court as to Plaintiff's litigation

plan.

**SO ORDERED.**

Dated: April 29, 2025
            New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge